**Vicky M. WRIGHT, Appellant,**

v.

**NONPAREIL, AN IOWA CORPORATION,**
**Appellee.**

**No. 04–1626.**

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 4, 2004.

Decided Nov. 12, 2004.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Vicky Wright applied for an editor position with a newspaper owned by Nonpareil. The managing editor interviewed Wright, but hired a candidate who, unlike Wright, had newspaper editing experience and was familiar with the software used by the paper. Wright brought this 42 U.S.C. § 1981 action, claiming Nonpareil refused to hire her because of her race. The district court[1] granted Nonpareil's motion for summary judgment, and Wright appeals.

Assuming without deciding that Wright established a prima facie case of discrimination, we agree with the district court that she failed to show Nonpareil's articulated nondiscriminatory reason for not hir-

ing her was a pretext for race discrimination. *See Kincaid v. City of Omaha,* 378 F.3d 799, 803–06 (8th Cir.2004). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.